Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
5, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 5, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00125-CV

____________

 

IN RE ROBERT ALPERT, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 12, 2004, relator filed his second
petition for writ of mandamus in this Court. 
See Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

We deny relator=s second petition for writ of
mandamus. 

 

                                                                                                PER
CURIAM

 

Petition Denied
and Memorandum Opinion filed March 5, 2004.

Panel consists of
Justices Yates, Hudson, and Fowler.